IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 6:07-951 |
| | ) | 18 U.S.C. § 1030(a)(5)(A)(i) |
| v. | ) | 18 U.S.C. § 1030(c)(4)(A) |
| | ) | |
| MARK DANIEL KAHN | ) | **INDICTMENT** |

COUNT 1

THE GRAND JURY CHARGES:

Between on or about February 9, 2004, and on or about February 13, 2004, in the District of South Carolina and elsewhere, MARK DANIEL KAHN knowingly did cause the transmission of a program, information, code, and command, and as a result of such conduct, did intentionally and without authorization cause damage to a protected computer, as that term is defined in Title 18, United States Code, Section 1030(e)(2), and by such conduct did cause loss to one or more persons during a one-year period aggregating at least $5,000;

In violation of Title 18, United States Code, Sections 1030(a)(5)(A)(i) and 1030(c)(4)(A).

A ___TRUE___ BILL

s/Foreperson
FOREPERSON

s/Reginald I. Lloyd
REGINALD I. LLOYD          (DAE)
UNITED STATES ATTORNEY